## Raymond G. Stoltz, Appellee, v. Frank Stoltz, Dollie Stoltz and Stoltz Motors, Inc., Appellants.

### Gen. No. 45,950.

Simon Herr, for appellants; Thomas R. Benz, Joseph B. Quinn, and John J. Kennelly, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 15, 1953; released for publication July 1, 1953.